1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  AMERICAN GENERAL LIFE
   INSURANCE COMPANY,

10                                    NO. Civ.S-07-0001 LKK/KJM
           Plaintiff,

11
       v.                            **ORDER RE DISPOSAL**
12                                   **DOCUMENTS AFTER**
   MELISSA FERRARI,                  **NOTIFICATION OF SETTLEMENT**

13
           Defendants.

14  _____/

15      Counsel for plaintiff has filed a Notice of Settlement in the

16  above-captioned case.  The court now orders that the dispositional

17  documents disposing of the case be filed no later than October 19,

18  2007.

19      All hearing dates heretofore set in this matter are hereby

20  **VACATED.**

21      FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE

22  IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

23  CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

24      IT IS SO ORDERED.

25      DATED:  September 10, 2007.

26
                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                          1        UNITED STATES DISTRICT COURT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26