ADRIENNE C. PUBLICOVER (SBN 161432)
MICHAEL K. BRISBIN (SBN 169495)
WILSON, ELSER, MOSKOWITZ,
   EDELMAN& DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:     (415) 433-0990
Facsimile:      (415) 434-1370

Attorneys for Plaintiff
**AMERICAN GENERAL LIFE INSURANCE COMPANY**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY )<br>)<br>Plaintiff,                                      )<br>)<br>v.                                                 )<br>)<br>MELISSA FERRARI                            )<br>)<br>Defendant.                                  )<br> | Case No. **CV07-00001-LKK-KJM**<br><br>**JOINT REQUEST FOR DISMISSAL WITH PREJUDICE** |

**TO THE HONORABLE LAWRENCE K. KARLTON**:

The Parties having reached a settlement and completed all the necessary settlement documents in this case, **IT IS HEREBY STIPULATED and REQUESTED**, that this case be dismissed with prejudice, each Party to bear their own costs and fees.

Dated: September 10, 2007          By:  SHEPARD & HAVEN, LLP


  /s/ Stanley R. Parrish
STANLEY R. PARRISH
Attorney for Defendant
**MELISSA FERRARI**

| | |
|---|---|
| 1   Dated:  September 12, 2007 | By:  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |

  /s/ Michael K. Brisbin
 ADRIENNE C. PUBLICOVER
 MICHAEL K. BRISBIN
 Attorneys for Plaintiff
 **AMERICAN GENERAL LIFE INSURANCE COMPANY**

JOINT REQUEST FOR DISMISSAL WITH PREJUDICE
Case No. CV07-00001-LKK-KJM
298426.1

2

## ORDER

Good cause appearing, IT IS HEREBY ORDERED that this case is dismissed with prejudice, with each party, Plaintiff AMERICAN GENERAL LIFE INSURNACE COMPANY and Defendant MELISSA FERRARI, to bear their own costs and fees.

Dated: September 17, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT